1106

file a brief as *amicus curiae* granted. Certiorari denied. ■

No. 99–748. U S WEST, INC., ET AL. *v.* TRISTANI, CHAIRMAN, NEW MEXICO STATE CORPORATION COMMISSION, ET AL. C. A. 10th Cir. Motion of Attorney General of New Mexico for leave to file a brief as *amicus curiae* granted. Certiorari denied. ■

No. 99–772. DOE ET AL. *v.* MUTUAL OF OMAHA INSURANCE Co. C. A. 7th Cir. Motion of Infectious Diseases Society of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–775. LUCENT INFORMATION MANAGEMENT, INC. *v.* LUCENT TECHNOLOGIES, INC. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–6650. WILLIAMS *v.* WATERS, WARDEN. C. A. 11th Cir. Certiorari before judgment denied.

No. 99–7734 (99A562). THOMAS *v.* GARRAGHTY, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. ■

No. 98–9149. RIVERA *v.* SISTRUNK, SUPERINTENDENT, CHARLOTTE CORRECTIONAL INSTITUTION, ET AL., *ante*, p. 827;
No. 98–9297. SNELL *v.* MASSACHUSETTS, 527 U. S. 1010;
No. 98–9325. MOORE *v.* PARROTT, JUDGE, SUPERIOR COURT OF GEORGIA, JASPER COUNTY, ET AL., *ante*, p. 831;
No. 98–9471. FRANKS *v.* THOMAS, WARDEN, ET AL., *ante*, p. 836;
No. 98–9539. LAI *v.* INTERNATIONAL IMMUNOLOGY CORP. ET AL., *ante*, p. 985;
No. 98–9677. HUGHES *v.* NORTH DAKOTA, *ante*, p. 846;
No. 98–9744. MARTINEZ *v.* UNITED STATES, *ante*, p. 850;
No. 98–9820. RONDEAU *v.* NEW HAMPSHIRE ET AL., *ante*, p. 854;
No. 98–9851. TIDWELL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 856;

No. 98–9912. KRATZER v. FIRST HEALTHCARE CORP. ET AL., *ante*, p. 860;

No. 98–10031. COLBERT v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 866;

No. 99–2. McDANIEL ET AL. v. UNITED STATES, *ante*, p. 963;

No. 99–259. LOZADA COLON v. DEPARTMENT OF STATE ET AL., *ante*, p. 1003;

No. 99–311. PEREZ v. UNITED STATES, *ante*, p. 879;

No. 99–339. HOLLANDER v. AMERICAN CYANAMID CO., *ante*, p. 965;

No. 99–379. SULLIVAN v. NATIONAL RAILROAD PASSENGER CORPORATION, *ante*, p. 966;

No. 99–496. BIERI v. UNITED STATES, *ante*, p. 968;

No. 99–569. GEBMAN v. PATAKI, GOVERNOR OF NEW YORK, ET AL., *ante*, p. 1005;

No. 99–627. DANIELS v. PENNSYLVANIA PUBLIC UTILITY COMMISSION, *ante*, p. 1006;

No. 99–5048. WOODS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY, *ante*, p. 883;

No. 99–5052. BAKER v. UNITED STATES, *ante*, p. 883;

No. 99–5233. REED v. PHILLIPS, WARDEN, *ante*, p. 893;

No. 99–5244. HATHAWAY ET UX. v. ESSEX COUNTY, NEW YORK, ET AL., *ante*, p. 894;

No. 99–5350. IN RE WASHINGTON, *ante*, p. 962;

No. 99–5375. HUMPHREY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 901;

No. 99–5429. AYELE v. SIMKINS INDUSTRIES, INC., ET AL., *ante*, p. 904;

No. 99–5452. MAZZARELLA v. UNITED STATES POSTAL SERVICE, *ante*, p. 905;

No. 99–5563. MELENDEZ v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY ET AL., *ante*, p. 935;

No. 99–5568. BUCHANAN v. BIRNIE ET AL., *ante*, p. 935;

No. 99–5606. TAYLOR v. VEIGAS ET AL., *ante*, p. 935;

No. 99–5627. PRICE v. RYDER SYSTEM, INC., ET AL., *ante*, p. 912;

No. 99–5715. HANLEY v. CITY OF HOUSTON ET AL., *ante*, p. 938;

No. 99–5731. VIRAY v. DEPARTMENT OF THE NAVY, *ante*, p. 916;

No. 99–5743.  PRUITT v. GEORGIA, *ante*, p. 1006;

No. 99–5749.  TAYLOR v. DEES, WARDEN, ET AL., *ante*, p. 953;

No. 99–5753.  PRAVDA v. CITY OF ALBANY, NEW YORK, ET AL., *ante*, p. 953;

No. 99–5794.  SYVERTSON v. NORTH DAKOTA, *ante*, p. 954;

No. 99–5852.  PINK v. UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 940;

No. 99–5976.  PARKER v. OKLAHOMA, *ante*, p. 972;

No. 99–6041.  CROMARTIE v. GEORGIA, *ante*, p. 974;

No. 99–6042.  COOK v. GEORGIA, *ante*, p. 974;

No. 99–6049.  VIRAY v. BENEFICIAL CALIFORNIA, INC., *ante*, p. 974;

No. 99–6083.  DENNIS v. SCOTT, WARDEN, *ante*, p. 975;

No. 99–6086.  BASILIO v. CAMRAY DEVELOPMENT & CONSTRUCTION CO. ET AL., *ante*, p. 975;

No. 99–6151.  HAMPTON v. LOUISIANA, *ante*, p. 1007;

No. 99–6178.  MATHIS v. RATELLE, WARDEN, ET AL., *ante*, p. 976;

No. 99–6216.  TRUE v. UNITED STATES, *ante*, p. 976;

No. 99–6341.  IN RE PARKER, *ante*, p. 1018;

No. 99–6387.  WALKER v. UNITED STATES, *ante*, p. 980;

No. 99–6400.  WHITE v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, *ante*, p. 1026;

No. 99–6427.  THURSTON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA ET AL., *ante*, p. 1010; and

No. 99–6480.  RAULERSON v. UNITED STATES, *ante*, p. 989. Petitions for rehearing denied.


No. 98–1945.  BURNETTE v. GROVE ISLE CLUB, INC., ET AL., *ante*, p. 818. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.


No. 99–404.  WRIGHT v. OREGON STATE BOARD OF PAROLE, *ante*, p. 966. Motion of petitioner for leave to proceed further *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.